UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------X
                                   :

BRIAN FISCHLER,                      :

                            Plaintiff,    :

                                     :

               -against-       :

                                     :

WILLIAMSON PR, LLC,           :

                                   :

                         Defendant.  :

                                   :

-------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _____11/19/2019_____

19-cv-7861 (VSB)

**ORDER**

VERNON S. BRODERICK, United States District Judge:

    It has been reported to the Court that this case has been settled.  Accordingly, it is hereby:

    ORDERED that the above-captioned action is discontinued without costs to any party and without prejudice to restoring the action to this Court's docket if the application to restore the action is made within thirty (30) days.

SO ORDERED.

Dated:  November 19, 2019
       New York, New York

                                            Vernon S. Broderick
                                          United States District Judge